UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00085 |
| | ) | Judge Trauger |
| JERRY TIDWELL | ) | |

## MOTION FOR ENTRY OF AN ORDER

Jerry Tidwell, by and through counsel, moves for entry of an order directing the U.S. Marshal's Service to transport him on November 5, 2013, at 11:30 a.m. from the Nashville Metropolitan Jail to the federal courthouse for the purpose of conducting his pretrial interview. The facilities at the Metropolitan Jail do not allow for privacy, and the interview could be overheard by attorneys and/or other inmates. Since this interview is of a sensitive and confidential nature and could involve security matters relating to the nature of the interview, this order is necessary so that the interview can be conducted in private.

Respectfully submitted,

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2013, I electronically filed the foregoing Motion for Entry of an Order with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Lynne T. Ingram, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.
  Andrea Testa, U.S. Probation Officer, has also been served this date via electronic mail.

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN