# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:13-00085 |
| ) | Judge Trauger |
| JERRY WAYNE TIDWELL ) | |

## O R D E R

It is hereby **ORDERED** that the sentencing scheduled for January 14, 2014 at 2:00 p.m. is **RESET** for the same day at 1:00 p.m.

It is so **ORDERED**.

ENTER this 13th day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge