## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00085 |
| | ) | Judge Trauger |
| JERRY WAYNE TIDWELL | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that the sentencing scheduled for January 14, 2014 at 1:00 p.m. is **RESET** for the same day at 3:30 p.m.

It is so **ORDERED**.

ENTER this 14th day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge